UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

LARRY WHITFIELD,
       Plaintiff,

CIVIL ACTION NO. 2:20-CV-1540

v.

GENUINE PARTS COMPANY,

       Defendant.

### PLAINTIFF LARRY WHITFIELD'S AND DEFENDANT GENUINE PARTS COMPANY'S JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Larry Whitfield and Defendant Genuine Parts Company by and through their respective undersigned counsel of record, and hereby jointly and mutually stipulate to the dismissal of Plaintiff's Complaint in this case in its entirety with prejudice, with all parties bearing their own attorney's fees and costs.

Respectfully submitted this 23rd day of April, 2021.

Dated: April 23, 2021

LAW OFFICES OF MAXWELL CHARLES LIVINGSTON

/s/ Maxwell C Livingston
Maxwell C Livingston
Law Offices of Maxwell Charles Livingston
16601 W Greenfield Ave.
New Berlin, WI 53151
(262) 317-9717
(866) 433-4321 (facsimile)
max@maxlivingstonlaw.com

*Attorney for Plaintiff*

Dated: April 23, 2021						MARTENSON, HASBROUCK & SIMON LLP

/s/ James B. Taylor
Patricia E. Simon
Georgia Bar No. 618233
James B. Taylor
Georgia Bar No. 141563
2573 Apple Valley Road NE
Atlanta, GA 30319
(404) 909-8100
(404) 909-8120 (facsimile)
pesimon@martensonlaw.com
jtaylor@martensonlaw.com

-and-

Sally A. Piefer
LINDNER & MARSACK
411 E. Wisconsin Ave., Suite 1800
Milwaukee, WI 53202
(414) 226-4818
spiefer@lindner-marsack.com

***Attorneys for Defendant***

2